**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **HALIM YUSIF,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| **PAMELA BONDI,** Attorney General; | § | |
| **MARKWAYNE MULLIN,** Secretary, U.S. | § | |
| Department of Homeland Security;[1] | § | |
| **TODD M. LYONS,** Acting Director of | § | **EP-26-CV-00596-DCG** |
| Immigration and Customs Enforcement; | § | |
| **MARISA FLORES,** Director, El Paso Field | § | |
| Office, Immigration and Customs | § | |
| Enforcement; and | § | |
| **CURTIS TAYLOR,** Major General, U.S. | § | |
| Army at Fort Bliss (ERO El Paso Camp East | § | |
| Montana), | § | |
| | § | |
| *Respondents*. | § | |
| | § | |

**ORDER EXTENDING DEADLINE TO SUPPLEMENT INFORMATION**
**REGARDING "NEXT FRIEND" STATUS**

The Court previously ordered Esther Bortey to provide information that will allow the

Court to assess whether she may litigate this case on Petitioner Halim Yusif's behalf as his "next

friend."[2]  The Court has since become aware, however, that its prior order wasn't mailed to Ms.

Bortey.

---

[1] The Senate confirmed Markwayne Mullin as Former Secretary Kristi Noem's successor on March 23, 2026, and he was sworn in on March 24, 2026.  The Court has therefore substituted Secretary Mullin in Former Secretary Noem's place.  *See* FED. R. CIV. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity . . . resigns[] or otherwise ceases to hold office while the action is pending.  The officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party's name . . . .  The court may order substitution at any time . . . .").

[2] *See generally* Order Suppl., ECF No. 3.

To correct that issue, the Court **ORDERS** the Clerk of Court to mail this Order *and* its

"Order to Supplement Information Regarding 'Next Friend' Status" (ECF No. 3) to:

Halim Yusif
ERO El Paso Camp East Montana
6920 Digital Road
El Paso, TX 79936

*and*:

Esther Bortey
301 E. Burnsville Parkway, Apt. 318
Burnsville, MN 55337

The Court further **EXTENDS** Ms. Bortey's deadline to submit a declaration with

supporting documentation—as the Court required her to do in its "Order to Supplement

Information Regarding 'Next Friend' Status" (ECF No. 3)—to **April 16, 2026**.  That prior order

(ECF No. 3) shall remain **UNCHANGED** in all other respects.

The Court further **ORDERS** that Secretary of Homeland Security Markwayne Mullin

shall be **SUBSTITUTED** in Former Secretary of Homeland Security Kristi Noem's place as a

respondent in these proceedings. The Court **DIRECTS** the Clerk of Court to adjust the caption

accordingly.

**So ORDERED and SIGNED this 2nd day of April 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

-2-